```
                IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF PUERTO RICO
```

**IN RE**
                              **CASE NUMBER  07-02303-MCF**

**FELIPE AMADO MEDINA PEREIRA**

                           **CHAPTER 13**

**Debtor(s)**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\\**

### TRUSTEE'S CERTIFICATION OF DISCHARGE

**TO THE HONORABLE COURT:**

   **COMES NOW,** Alejandro Oliveras Rivera, Standing Chapter 13 Trustee, very respectfully**, CERTIFIES** that**:**

   1. Debtor(s) has/have completed all payments under the confirmed/approved plan.

                **11 U.S.C. 1328(a) and LBR 3015-2(j)**

   2. According to the record of the case, debtor(s) has/have NO domestic support obligation.

                **11 U.S.C. 1328(f) Prior Discharge**

   3. Debtor(s) has/have NOT received a discharge under Chapter 7, 11 or 12 during the 4-year period preceding the date of the filing of this petition.

   4. Debtor(s) has/have NOT received a discharge under Chapter 13 during the 2-year period preceding the date of the filing of this petition.

                **11 U.S.C. 1328(f)**
                Instructional Course Requirement

   5. Debtor(s) has/have **NOT** filed the certification of completion of an instructional course concerning personal financial management pursuant to 11 U.S.C. 111 and Fed.R.Bank.P. 1007(b)(7).

                **11 U.S.C. 1328(h)**

   6. Section 1328(h) is not applicable in the present case.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of the above mentioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties in this case registered for receipt of notice by electronic mail. I further certify that the foregoing document has been served to the U.S. Trustee at ustregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to debtor(s) and all non CM/ECF participants.

In San Juan, Puerto Rico, this October 28, 2011.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521
aorecf@ch13sju.com

By: /s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA

07-02303-MCF                                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| DEPARTAMENTO DEL TRABAJO<br>505 AVE MUÑOZ RIVERA<br>HATO REY, PR  00918-3352 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 2501<br>SAN JUAN, PR  00903 |
| DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | DEPT OF JUSTICE FED LITIGATION<br>PO BOX 9020192<br>SAN JUAN, PR  00902-0192 |
| DORAL BANK<br>C/O SERGIO RAMIREZ DE ARELLANO LAW OFFICES<br>BANCO POPULAR CENTER SUITE 1022<br>209 MUNOZ RIVERA AVE<br>SAN JUAN, PR  00918-1009 | DORAL BANK<br>PO BOX 308<br>CATANO, PR  00963-0308 |
| DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR  00936-8308 | DORAL FINANCIAL CORPORATION<br>ACTING SERVICING AGENT OF NEW YORK MORTGAGE BANKER<br>PO BOX 9024253<br>SAN JUAN, PR  00902-4253 |
| FELIPE AMADO MEDINA PEREIRA<br>COND JARDINES DE BERWIND<br>EDIF C APT 407<br>SAN JUAN, PR  00924 | FIRST BANK PUERTO RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |
| MARILYN VALDES ORTEGA*<br>PO BOX 195596<br>SAN JUAN, PR  00919-5596 | NCO FINANCIAL SYSTEMS<br>PO BOX 15630 DPTO 19<br>WILMINGTON, DE  19850 |
| PREPA<br>C/O MARIA T. GORBEA<br>PO BOX 364267<br>SAN JUAN, PR  00936-4267 | ROYAL HOLIDAY CLUB<br>PO BOX 9023913<br>SAN JUAN, PR  00902-3913 |

07-02303-MCF
Page         2


SEARS CHARGE PLUS
PO BOX 183114
COLOMBUS, OH  43218-3114

---

FELIPE AMADO MEDINA PEREIRA

COND JARDINES DE BERWIND
EDIF C APT 407
SAN JUAN, PR  00924

---

MARILYN VALDES ORTEGA*

PO BOX 195596
SAN JUAN, PR  00919-5596

DATED:   October 28, 2011                                S/MARIO MATOS
                                                         OFFICE OF THE CHAPTER 13 TRUSTEE